

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2018

No. 04-18-00273-CR

Mark Henry **BENAVIDES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR7193
Honorable Dick Alcala, Judge Presiding

## O R D E R

    After this court granted appellant's first request for an extension of time, appellant's brief was due October 19, 2018. Appellant has not filed a second motion for extension of time, seeking an additional thirty days in which to file his brief. After review, we **GRANT** appellant's motion and **ORDER** appellant to file his brief in this court **on or before November 19, 2018**.

    We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court